# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00756-CR

**Christopher Kirven, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### NO. 76432, THE HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due January 14, 2019. On counsel's motions, the time for filing was extended to April 15, 2019. Appellant's counsel has now filed a fourth motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than May 15, 2019. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on April 24, 2019.

Before Chief Justice Rose, Justices Kelly and Smith

Do Not Publish